# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

FILED
JAN 22 2019
Clerk, U S District Court
District Of Montana
Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

JERRON MICHAEL MITCHELL-FULLER     No. CR 18-79-BLG-SPW-02

DOB: _____ /1990     **PETITION TO OPEN JUVENILE RECORDS**

SSN: XXX-XX-2095

Whereas the above-name defendant entered a plea of Guilty to the offense of Possession of Methamphetamine with the Intent to Distribute in violation of 21 U.S.C. § 841(a)(1), in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_Tanya L. Wilson_
U.S. Probation Officer

January 22, 2019
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_Susan P. Watters_
United States District Judge

Dated this 22nd day of January, 2019.